UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JUAREZ, and invididual, <br><br> Plaintiff, <br><br> vs. <br><br> RIVERSIDE COUNTY, a general law county; K. JOHNSON, in his individual capacity; and Does 1 through 10, <br><br> Defendants. | No. 5:19-cv-00962 DSF (PLAx) <br><br> Hon. Dale S. Fischer <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;** |

///

1

ORDER

Upon consideration of the joint stipulation of Plaintiff Patricia Juarez and Defendant County of Riverside to dismiss this entire action, with prejudice, and with GOOD CAUSE SHOWING:

**IT IS HEREBY ORDERED:**

1. The Joint Stipulation is GRANTED;
2. The entire action is hereby dismissed with prejudice;
3. Plaintiff and Defendant will bear their own attorney fees and costs of suit, with respect to each other, as accrued through the date of this order.

**IT IS SO ORDERED.**

Dated: November 24, 2020

Hon. Dale S. Fischer
United States District Court Judge